IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| CHRISTOPHER CLAY, | § | |
| | § | No. 1, 2019 |
| | § | |
| Defendant Below, | § | Court Below: Superior Court |
| Appellant, | § | of the State of Delaware |
| | § | |
| v. | § | ID No. 1408007714A |
| | § | |
| STATE OF DELAWARE, | § | |
| | § | |
| Plaintiff Below, | § | |
| Appellee. | § | |

Submitted: June 12, 2019
Decided: June 13, 2019

Before **STRINE**, Chief Justice; **VAUGHN**, and **SEITZ**, Justices.

# **O R D E R**

This 13th day of June 2019, we affirm the judgment of the Superior Court on the basis of its opinion dated December 7, 2018.[1]

NOW, THEREFORE, IT IS ORDERED that the judgment of the Superior Court is hereby AFFIRMED.

BY THE COURT:

*/s/ Leo E. Strine, Jr.*

Chief Justice

---

[1] *Clay v. Stallings*, 2018 WL 6434798 (Del. Super. Ct. Dec. 7, 2018).